# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

NCMIC Insurance Company,

                                    Plaintiff,

                                                        Civ. No. 09-1999 (RHK/FLN)
                                                        **ORDER**
v.

Rekik Endeshaw, *et al.*,

                                    Defendants.

_____

This matter is before the Court *sua sponte*.

Plaintiff has filed a Motion for Summary Judgment in this action, which is currently scheduled to be heard by the Court on August 23, 2010. Having reviewed the parties' submissions, the Court has concluded that oral argument will not materially assist its resolution of the Motion. Accordingly, **IT IS ORDERED** that the hearing on the Motion is **CANCELED**. The Motion is deemed submitted as of August 9, 2010, the date of Plaintiff's Reply Memorandum.

Date: August 19, 2010

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge